THIS IS ONLY A TEST CASE

NG- TEST DOCUMENT